## WALKER v. STATE.

### No. 17995.

Court of Criminal Appeals of Texas.

Feb. 26, 1936.

Herbert I. Fruhman, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of unlawfully breaking, injuring, and tampering with the door handle of an automobile without the consent of the owner thereof, and his punishment was assessed at confinement in the county jail for a term of 270 days.

The record is before us without a statement of facts or bills of exception. The

indictment charges the offense in the language of the statute, which is deemed sufficient.

No error having been perceived or pointed out, the judgment is affirmed.

PER CURIAM.

. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

true, the bills would have to be filed within thirty days after the overruling of the motion for new trial. The two bills of exception referred to appear to have been filed on the 26th of July, 1935, manifestly too late to be considered.

█ The facts in evidence clearly support the finding of the jury, and we have no option left except to order an affirmance of the judgment, and it is accordingly so ordered.